UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-229-1BO(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER FOR DISMISSAL** |
| | ) | [Fed. R. Crim. P. 48(a)] |
| | ) | |
| JUAN CARLOS GORDILLO-INES | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by Leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Indictment pending against the above captioned defendant, without prejudice. Based upon the age of the case, staleness of the evidence, and the fact that the defendant is no longer in the United States, continued prosecution is no longer warranted.

Respectfully submitted this 31st day of July, 2018.

ROBERT J. HIGDON, JR.
United States Attorney

BY: /s/ William M. Gilmore
WILLIAM M. GILMORE
Attorney for the United States
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: (919) 856-4338
Fax: (919) 856-4487
Email: william.gilmore@usdoj.gov
FL State Bar No. 014342
NC State Bar No. 47037

Leave of Court is granted for the filing of the foregoing Dismissal of the Indictment.

TERRENCE W. BOYLE
United States District Judge

Date: 8-3-18

1